UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DIANA WAGHER and JASON WAGHER,

    Plaintiffs,

v.                         Case No. 9:18-CV-81455-DMM

OCWEN LOAN SERVICING, LLC,

    Defendant.

## NOTICE OF PENDING SETTLEMENT

    Plaintiffs, Diana Wagher and Jason Wagher, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                      Respectfully submitted,

                      *s/ Octavio Gomez*_____
                      Octavio Gomez
                      Florida Bar No.: 338620
                      Morgan & Morgan, Tampa, P.A.
                      One Tampa City Center
                      201 N Franklin Street, 7th Floor
                      Tampa, Florida 33602
                      Telephone: (813) 223-5505
                      Facsimile: (813) 559-4845
                      TGomez@ForThePeople.com
                      JessicaK@ForThePeople.com
                      *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 14, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will automatically serve a copy on all counsel of record.

*s/Octavio Gomez*
Octavio Gomez