## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

DIANA WAGHER and JASON WAGHER,

    Plaintiffs,

v.                                Case No. 9:18-CV-81455-DMM

OCWEN LOAN SERVICING, LLC,

    Defendant.

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismissal of this action with prejudice and with each party to bear its own fees and costs of court, thereby concluding this matter in its entirety.

Respectfully submitted this 3rd day of December, 2019.

| | |
|---|---|
| *s/ Octavio Gomez* | *s/Aliza Malouf* |
| Octavio Gomez | Aliza Malouf |
| Florida Bar No.: 338620 | Florida Bar No.: 1010546 |
| Morgan & Morgan, Tampa, P.A. | Hunton Andrews Kurth LLP |
| 201 N Franklin Street, 7th Floor | 1445 Ross Ave., Suite 3700 |
| Tampa, Florida 33602 | Dallas, TX 75202 |
| Telephone: (813) 223-5505 | Telephone: 214-979-8229 |
| Facsimile: (813) 559-4845 | AMalouf@hunton.com |
| TGomez@ForThePeople.com | *Counsel For Defendant* |
| JessicaK@ForThePeople.com | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 3, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will automatically serve a copy on all counsel of record.

*s/Octavio Gomez*
Octavio Gomez